<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 03-7743**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSEPH LEWIS PULLEN, SR.,

Defendant - Appellant.

---

**No. 03-7783**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSEPH LEWIS PULLEN, SR.,

Defendant - Appellant.

---

**No. 03-7784**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSEPH LEWIS PULLEN, SR.,

Defendant - Appellant.

———————————

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CR-01-133)

———————————

Submitted: February 12, 2004          Decided:  February 23, 2004

———————————

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joseph Lewis Pullen, Sr., Appellant Pro Se. Gurney Wingate Grant,
II, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Joseph Lewis Pullen, Sr., appeals the district court's orders denying his motion for electronic monitoring/home incarceration, denying his motion for personal recognizance bond pending appeal, and denying his motion for reconsideration for electronic monitoring/home confinement. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Pullen, No. CR-01-133 (E.D. Va. Sept. 15, 2003; Sept. 26, 2003; Nov. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED